**Aaron OLSON Plaintiff-Appellant**

v.

**Christopher KOPEL; Austin Peterson; Siv Yurichuk; Karl Schreck; Todd McMurray; Ron Rollins; Steven Pavoni; Chisago County; Washington County; City of Fridley; City of Stillwater Defendants-Appellees**

**No. 16-1642**

United States Court of Appeals, Eighth Circuit.

Submitted: January 19, 2017

Filed: January 24, 2017

Aaron Olson, Pro Se

Joseph E. Flynn, Vicki A. Hruby, Robert Yount, Jardine & Logan, Lake Elmo, MN, for Defendants-Appellees Christopher Kopel, Austin Peterson, Ron Rollins, City of Stillwater

Thomas P. Carlson, Nigel H. Mendez, Carlson & Associates, Vadnais Heights, MN, for Defendants-Appellees Siv Yurichuk, Karl Schreck, Todd McMurray, Steven Pavoni, Chisago County, Washington County

Ryan Michael Zipf, League of Minnesota Cities Insurance Trust, Saint Paul, MN, for Defendant-Appellee City of Fridley

Before GRUENDER, BENTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

In this 42 U.S.C. § 1983 action, Aaron Olson appeals after the district court[1] dismissed his second amended complaint, with prejudice, and denied him leave to amend his complaint further.

Upon careful review, we agree with the district court that Olson's claims were barred by res judicata, *see Laase v. Cty. of Isanti*, 638 F.3d 853, 856 (8th Cir. 2011) (de novo review of dismissal based on res judicata); *Ripplin Shoals Land Co. v. U.S. Army Corps of Eng'rs*, 440 F.3d 1038, 1042 (8th Cir. 2006) (discussing application of doctrine of res judicata), and that, in any event, his complaint failed to state a claim, *see Stone v. Harry*, 364 F.3d 912, 914 (8th Cir. 2004) (pro se complaints must be liberally construed, but they must still contain sufficient facts to support claims advanced; de novo review of dismissal based on insufficient factual allegations to support claims advanced). We further conclude that the district court acted within

---

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Steven E. Rau, United States Magistrate Judge for the District of Minnesota.

its discretion in denying Olson leave to amend his complaint further. *See Joshi v. St. Luke's Hosp., Inc.*, 441 F.3d 552, 555, 557–58 (8th Cir. 2006) (reviewing denial of motion to amend complaint for abuse of discretion; reviewing de novo underlying legal conclusion as to whether proposed amendment would have been futile; district court may deny leave to amend if amendment would be futile).

Accordingly, we affirm. *See* 8th Cir. R. 47B.